```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NORTH DAKOTA


In the Matter of the Search of:    )
                                   )
One green and tan dome-shaped      )   Case No. 1:18-mj-243
tent at a campground south of      )
Four Bears Casino, New Town,       )
McKenzie County, North Dakota.     )
```

TRANSCRIPT OF TELEPHONIC
APPLICATION FOR SEARCH WARRANT

Taken at
United States Courthouse
Bismarck, North Dakota
July 31, 2018

BEFORE THE HONORABLE CHARLES S. MILLER, JR.
-- UNITED STATES DISTRICT COURT MAGISTRATE JUDGE --

- - - - - - - - - - - - -

APPEARING FOR THE UNITED STATES:

    MR. DAVID D. HAGLER
    U.S. Attorney's Office
    220 E. Rosser Ave.
    P. O. Box 699
    Bismarck, North Dakota 58502-0699

1         (The above-entitled matter came before the Court, The
2   Honorable Charles S. Miller, Jr., United States District Court
3   Magistrate Judge, presiding, commencing at 3:52 p.m., Tuesday,
4   July 31, 2018, in the United States Courthouse, Bismarck, North
5   Dakota.  The following proceedings were had and made of record
6   in Court chambers by telephone:)
7                    - - - - - - - - - - -
8         THE COURT:  We'll go on the record in the matter of
9   the search of one green and tan domed-shaped tent at a
10  campground south of the Four Bears Casino, New Town, McKenzie
11  County, North Dakota.  Agent Bennett is going to give some
12  testimony in support of an application for a search warrant.
13  Do you want to administer the oath?
14                        MEGAN BENNETT,
15  having been first duly sworn over the telephone, was examined
16  and testified as follows:
17        THE COURT:  Okay.  Mr. Hagler, you may proceed.
18                         EXAMINATION
19  BY MR. HAGLER:
20  Q.   Agent Bennett, why don't you describe for Judge Miller the
21  reported aggravated sexual abuse?
22  A.   All right.  Well, I first learned that a sex assault had
23  happened on Fort Berthold this morning around 9:00 a.m. and
24  that the victim's name was Raven Gillette and that she was at
25  Trinity Hospital in Minot for medical attention and

administration of a sexual assault evidence collection kit.

I later met with Ms. Gillette when she was back in New Town, and she told me some things about what had happened to her early this morning.  She was at the Four Bears Casino in the New Town area between 1:00 a.m. and 2:00 a.m., and she needed a ride home.  She did not have a cell phone with her.  A man she did not know offered her a ride home, and she accepted the ride.

He was described as an elderly man with white hair, a white wife-beater shirt and black trunks.  Together they left the casino in his vehicle, and he said he would drive her home after first stopping at a bottle shop for some alcoholic beverages.  They went to the bottle shop, where either he or she bought some purple cans of a drink called Joose, which is spelled J-o-o-s-e.

And then instead of driving her home as he had said, he drove her out to a campground, in an area called a point, which is -- or The Point.  Excuse me.  It's a small peninsula of land that juts out into Lake Sakakawea or the Missouri River just south of the Four Bears Casino.

She drank a little bit of the Joose beverage she had, and at some point she saw him put Joose -- throw Joose containers back into the tent near an area where he was apparently camping.  He was the only person that she saw ever go into the tent early that morning or come out of it.  She

didn't see anyone else associated to the campsite, that she observed, keeping in mind that it was very dark out.

He led her down to the water and into the water, and then he proceeded to sexually assault her. Ms. Gillette told me that he bent her over, took off her pants and proceeded to anally sexually assault her. While he was sexually assaulting her, he was using his hands to pull her hair and hit her on the back.

She fought him, was screaming and crying, and she showed me when I was talking to her some scratches and bruises on her arm, hand and forehead that she said happened early that morning due to the physical assault. He told her to stop moving. She tried to swim away from him, and he tried to drown her in the lake.

He then grabbed her hair and pulled her back to shore and into his car. He locked the doors, and he told her something along the lines of, "If you get out, it ain't going to be pretty," so she was very scared and she stayed in the car. She was unsure of how long she stayed in the car.

While she was in the car, she saw him go into a domed-shaped tent. He was in there for a while. He came out at her at some point and started, what she -- she described that he was bitching at her. He was angry in some way at her because she asked him for a ride home.

She then decided to run, and she ran out of the

4

vehicle, towards the hotel, where she encountered a hotel security guard, who then contacted -- apparently had contacted law enforcement based on some calls, dispatch records that I was able to obtain from Three Affiliated Tribes dispatch center.

It was dark out, so she didn't get a lot of details. She remembered the shape of the tent, and she initially told me it was a reddish color. After I spoke with her, she agreed to try and locate the site where this man was camping, and we went out to The Point and drove up and down some of the dirt lanes here, and she pointed out a specific tent and said that was the one. She acknowledged she might have gotten the color wrong, but that she told me it was definitely the tent.

She initially told me it was like a circle-shaped tent, and the green and tan tent that she said was definitely the tent where he went when she was in the car, she said that this was definitely -- this was the place where the car had been parked and he went into the tent.

She also pointed out to me where there was and still is -- I can see right now a purple Joose can lying on the ground some feet away from the tent. I can't judge the distance from my vantage point, but it's in kind of the curtilage of the tent area. She told me that was actually her Joose can, to the best of her belief, because she remembered throwing one on the ground at some point. After I -- after the

1  victim was done showing me the camp area, she was taken away
2  from the area by a victims services advocate.
3      I then contacted Three Affiliated Tribes dispatch,
4  and they sent out a tribal highway patrolman to help me do a
5  knock-and-talk at the tent because I didn't know if anyone was
6  inside or not, so I went and did a knock-and-talk at the tent.
7  And in order to do that, I got up close to the tent window or
8  door, and the solid part of the fabric was pulled down, so
9  there was some netting where I could see into the tent as I was
10 announcing myself and asking if anyone was there.
11     And as I was doing that, I saw that inside the tent
12 there were -- there was at least one blanket and some other
13 soft items, perhaps some clothing that were kind of
14 incidentally shaped into what could be the form of a person.
15     So I went around to the other side of the tent, which
16 would be the more northern side of the tent where there was
17 another window or door that was -- had the solid fabric
18 unzipped, so there was still just like a screen that I could
19 see through.  And I went and announced myself into the tent to
20 make sure that there wasn't someone there because I was not
21 sure at that point.
22     And then from that vantage point, looking southward,
23 I could see that inside the tent there was, for lack of a
24 better term, a plastic sippy cup with a straw, a cooler and
25 some other soft items made out of fabric.  I know from my

6

04:00    1  experience and training, that those types of items can collect
         2  things from people who come into contact with them, such as
         3  hairs and fibers.  And I also know that items such as a sippy
         4  cup could potentially be -- yield DNA from people who have used
         5  them.
         6          And I also searched around the tent.  There are other
         7  beverage containers, including a Sunny D bottle and some other
         8  silverish and blue cans in the exterior of the tent, in the
         9  curtilage area, as well as a blue towel, which is right up next
04:00   10  to and appears to be touching the side of the tent.
        11  Q.   Agent Bennett, you took a photograph of the tent and the
        12  surrounding curtilage area, is that correct?
        13  A.   Yes.
        14          MR. HAGLER:  Okay.  And you submitted that with the
04:01   15  application here.  I've marked it as Exhibit A, so Judge Miller
        16  does have a copy of that photograph.
        17          THE COURT:  I don't have any questions.  I find that
        18  there's probable cause for the requested search warrant, and so
        19  I'm executing the same.  Thank you, Agent Bennett.
04:01   20          We'll go off the record.
        21          (Proceedings concluded at 4:01 p.m., the same day.)
        22                  - - - - - - - - - -
        23
        24
        25

7

```
 1                CERTIFICATE OF COURT REPORTER
 2        I, Sandra E. Ehrmantraut, a Certified Realtime
 3   Reporter,
 4        DO HEREBY CERTIFY that I recorded in shorthand the
 5   foregoing proceedings had and made of record at the time and
 6   place hereinbefore indicated.
 7        I DO HEREBY FURTHER CERTIFY that the foregoing
 8   typewritten pages contain an accurate transcript of my
 9   shorthand notes then and there taken.
10        Dated:  August 2, 2018
11
12                             /s/ Sandra E. Ehrmantraut
                               Certified Realtime Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```