AO 93A (Rev. 11/13) Search and Seizure Warrant on Oral Testimony (Page 2)

## Return

| Case No.: 1:18-mj-243 | Date and time warrant executed: 7/31/2018 | Copy of warrant and inventory left with: Inside tent - owner not present |

**Inventory made in the presence of:**
Noah Nyok, MHA Highway Patrol

**Inventory of the property taken and name of person(s) seized:**

Two "flip-flop"-type sandals; white tank top; blue shorts; two socks; Joose can; blue and silver cans; neck roll (cushion); three pillow cases; two towels; Sunny D container; plastic cup with straw; cigarette. NOTHING FOLLOWS.

MPB 8/3/2018

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/3/2018

_Megan Bennett_
Executing officer's signature

Megan Bennett, Special Agent
Printed name and title